# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                    :   NO. 401
                                   :

DESIGNATION OF CHAIR OF MINOR    :   MAGISTERIAL DOCKET
COURT RULES COMMITTEE          :

## ORDER

**PER CURIAM:**

AND NOW, this 20th day of July, 2016, Magisterial District Judge Anthony W. Saveikis is hereby designated as Chair of the Minor Court Rules Committee commencing August 28, 2016.